FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 13  AM 9:51

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
|  | ) | |
| v. | ) | INFORMATION |
|  | ) | CR 417-189 |
| SINOLLA F. JONES | ) | |
|  | ) | |
| Defendant | ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 13th day of July, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA